UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC GANT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

Case No. 1:24-cv-754

HON. JANE M. BECKERING

## ORDER

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 29, 2024 (ECF No. 6), recommending that this Court dismiss Plaintiff's complaint for lack of subject matter jurisdiction.  The Report and Recommendation was attempted to be served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

---

[1] Plaintiff is the only party that has appeared at this time.  Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "insufficient address," and "unable to forward" (ECF Nos. 7-9).  Plaintiff has failed to keep the Court apprised of his current and valid address.

A Judgment will be entered consistent with this Order.

Dated: August 19, 2024                                               /s/ Jane M. Beckering       
                                                                                    JANE M. BECKERING
                                                                                    United States District Judge